# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) No.:<br>) 1:20-CR-197-TWT-AJB |
| DARIO ERAS SANTANA, | )<br>) |
| Defendant. | )<br>)<br>) |

## UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE AND DEADLINE FOR PRETRIAL MOTIONS

COMES NOW the Defendant above-named, by and through undersigned counsel, and moves this Court to enter an Order Continuing his Pretrial Conference and Deadline for Pretrial Motions, in the above-captioned matter. In support thereof, Defendant shows as follows:

2. The Defendant's pretrial conference is scheduled for January 14, 2021, at 10:30 a.m., and the deadline for filing pretrial motions is on or before January 11, 2021, in the above-captioned matter.

3. Discovery in this case is complex, including voluminous intertwining wiretaps. Undersigned counsel is requesting additional time to review said discovery and determine what, if any, pretrial motions should be filed on Mr. Santana's behalf.

1

4. Undersigned counsel joins with any other filed motions to continue that are applicable to this matter.

5. Undersigned counsel is authorized to state that Tyler Mann, Assistant United States Attorney does not object to a continuance.

6. The Defendant requests that the Court grant his request and enter an Order to continue the Pretrial Conference and Deadline for Pretrial Motions and to exclude the amount of time pursuant to the provisions of the Speedy Trial Act.

WHEREFORE, based upon the within and foregoing, the Defendant requests that this Unopposed Motion to Continue Pretrial Conference and Deadline for Pretrial Motions be granted and to exclude the time pursuant to the provisions of the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (7)(A).

This 11th day of January 2021.

Respectfully submitted,

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEY FOR DEFENDANT
Bruce S. Harvey, #335175
bruce@bharveylawfirm.com
146 Nassau Street, NW
Atlanta, Georgia 30303
(404) 659-4628

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Unopposed Motion to Continue Pretrial Conference and Deadline for Pretrial Motions using the Court's CM/ECF system which will deliver a copy to all registered to receive service via CM/ECF, addressed as follows:

>Tyler Mann, AUSA
>Office of the United States Attorney-ATL600
>Northern District of Georgia
>600 United States Courthouse
>75 Ted Turner Dr., SW
>Atlanta, GA 30303

This 11th day of January 2021.

>/s/ Bruce S. Harvey
>LAW OFFICE OF BRUCE S. HARVEY
>ATTORNEY FOR DEFENDANT
>Bruce S. Harvey, #335175
>bruce@bharveylawfirm.com
>146 Nassau Street, NW
>Atlanta, Georgia 30303
>(404) 659-4628