# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No.: 1:20-CR-197-TWT-AJB |
| DARIO ERAS SANTANA, Defendant. | ) |

## UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE AND DEADLINE FOR PRETRIAL MOTIONS

COMES NOW the Defendant above-named, by and through undersigned counsel, and respectfully moves this Court to continue the pretrial conference scheduled for January 12, 2022, at 9:30 a.m., to allow additional time for the parties to attempt to resolve the case before evidentiary hearings on motions are scheduled, and to allow additional time for pretrial motions currently due on January 7, 2022, to be filed should negotiations break down.

The Defendant requests that the Court grant his request and enter an Order to continue the Pretrial Conference to a later date and allow him thirty (30) days from January 7, 2022, in which to file pretrial motions.

The United States, represented by Tyler Mann, is unopposed to this motion.

1

WHEREFORE, based upon the within and foregoing, the Defendant requests that this Unopposed Motion to Continue Pretrial Conference and Deadline for Pretrial Motions be granted and to exclude the time pursuant to the provisions of the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (7)(A).

This 11th day of January 2022.

Respectfully submitted,

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEY FOR DEFENDANT
Bruce S. Harvey, #335175
bruce@bharveylawfirm.com
146 Nassau Street, NW
Atlanta, Georgia 30303
(404) 659-4628

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Unopposed Motion to Continue Pretrial Conference and Deadline for Pretrial Motions using the Court's CM/ECF system which will deliver a copy to all registered to receive service via CM/ECF, addressed as follows:

>Tyler Mann, AUSA
>Office of the United States Attorney-ATL 600
>600 United States Courthouse
>75 Ted Turner Dr., S.W.
>Atlanta, GA 30303

This 11th day of January 2021.

>/s/ Bruce S. Harvey
>LAW OFFICE OF BRUCE S. HARVEY
>ATTORNEY FOR DEFENDANT
>Bruce S. Harvey, #335175
>bruce@bharveylawfirm.com
>146 Nassau Street, NW
>Atlanta, Georgia 30303
>(404) 659-4628