# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **CRIMINAL ACTION FILE NO.** |
| v. | : **1:20-cr-00197-TWT-AJB-10** |
| | : |
| **DARIO ERAS SANTANA,** | : |
|     Defendant | : |

## RESCHEDULING AND EXCLUDABLE DELAY ORDER

The defendant has filed a motion, [Doc. 381], for an extension of time to file pretrial motions and to continue the pretrial conference on the grounds of needing time to discuss a possible resolution to this case. The government has no objections to this continuance. The request for a continuance is **GRANTED** and the pretrial motions shall be due on February 14, 2022, and the pretrial conference shall be held on **February 15, 2022 at 10:30 a.m.**, via Zoom.

The Court finds that counsel's need to negotiate with the government and consult with his client constitutes good cause for the continuance and that the interests of justice, therefore, outweigh Defendant's and the public's rights to a speedy trial. Accordingly, the Clerk is **DIRECTED** to exclude any additional time pursuant to 18. U.S.C. §3161, et seq.

**IT IS SO ORDERED and DIRECTED**, this the 13th day of January, 2022, *nunc pro tunc January 7, 2022*.

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE